COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Harold Earl Wilson v. Deutsche Bank Trust Company Americas f/k/a
                         Banker's Trust Co., as Trustee & Custodian for IXIS 2006-HE2

Appellate case number:   01-12-00284-CV

Trial court case number: 2007-71999-A

Trial court:             133rd Judicial District Court of Harris County

On May 2, 2014, Appellant, Harold Earl Wilson filed a motion for reconsideration of the Court's April 17, 2014 opinion in this case. Appellee, Deutsche Bank Trust Company Americas is hereby ordered to file a response to the motion for reconsideration **within 20 days** of the date of this notice.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                   ☑Acting individually     ☐ Acting for the Court

Date: June 27, 2014